IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:19CR56 |
| v. | ORDER |
| MARK H. KING, | |
| Defendant. | |

This matter is before the Court on defendant Mark H. King's Appeal of Order of Detention (Filing No. 40). After careful review of the appeal and the government's response (Filing No. 41), the Court hereby denies the appeal.

IT IS SO ORDERED.

Dated this 26th day of April 2019.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge