# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:19CR56 |
| vs. | ) | |
| MARK KING, | ) | ORDER |
| Defendant. | ) | |

This matter is before the court on the government's Motion to Continue Trial [67]. Counsel for the government is scheduled for trial before Senior Judge Smith Camp. The defendant has no objection to the continuance. For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [67] is granted, as follows:

1. The jury trial, now set for January 27, 2020, is continued to **February 18, 2020.**

2. A party may object to this order by filing an "Objection to Magistrate Judge's Order" no later than January 21, 2020**.**  The objecting party must comply with all requirements of NECrimR 59.2.

3. **No further continuances will be granted without a hearing before the undersigned magistrate judge.**

**DATED:  January 14, 2020.**

BY THE COURT:

s/ Michael D. Nelson
**United States Magistrate Judge**